KATHLEEN A. McCORMAC (#159012)
McCORMAC & ASSOCIATES
655 Montgomery Street, Suite 1200
San Francisco, California 94111
Telephone: (415) 399-1722
Facsimile: (415) 399-1733

Attorneys for Plaintiff

*IT IS SO ORDERED*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMAN KERMANINEJAD,<br><br>        Plaintiff,<br><br>vs.<br><br>HANSON BUILDING MATERIALS AMERICA, dba HANSON PERMANENTE CEMENT INC.<br><br>        Defendant. | Case No. CV 04-05259 JW<br><br>**REQUEST FOR DISMISSAL** |

**PLAINTIFF HEREBY REQUESTS,** and further states that this matter has been settled, and that the court dismiss this matter, with prejudice.

MCCORMAC & ASSOCIATES

DATED: June 30, 2005

*/s/ Kathleen A. McCormac*
KATHLEEN A. McCORMAC
Attorney for Plaintiff

Schneider & McCormac
ATTORNEYS AT LAW
1700 California Street, Suite 340
San Francisco, California 94109
(415) 440-3440